NO. 07-06-0194-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 14, 2006

_____

IN THE MATTER OF THE MARRIAGE OF
TERRY L. TAYLOR AND MARCY L. MILES TAYLOR
_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2004-525,283; HONORABLE RUBEN GONZALES REYES, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

On May 11, 2006, the clerk of this Court received a copy of a notice of appeal filed on behalf of appellant Marcy L. Miles Taylor. By letter dated May 22, 2006, the clerk notified appellant that the filing fee had not been received, and that failure to pay the filing fee within ten days from the date of the letter could result in dismissal of the appeal. Tex. R. App. P. 42.3(c); Tex. R. App. P. 5.

That date has passed and no response has been received.  Accordingly, this appeal is dismissed. Tex. R. App. P. 42.3(c).  The trial court clerk and court reporter's requests for an extension of time to file the record are denied as moot.


James T. Campbell
Justice